UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DELLAPORTAS, <br><br> Plaintiff, <br><br> -against- <br><br> EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | 21-CV-3432 (ALC) <br><br> ORDER OF SERVICE |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Trans Union, LLC. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

Dated: May 3, 2021
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**