USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __08/24/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOHN DELLAPORTAS,**<br><br>                              **Plaintiff,**<br><br>              -against-<br><br>**EQUIFAX INFORMATION SERVICES LLC, ET AL.,**<br><br>                              **Defendants.** | **1:21-cv-3432 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that Plaintiff has or will settle with Defendant Equifax Information Services, LLC (hereinafter, "Equifax"), it is hereby ORDERED that Plaintiff submit stipulation of voluntary dismissal as to Defendant Equifax by no later than October 24, 2021. All deadlines as to Defendant Equifax are hereby ADJOURNED *sine die*.

**SO ORDERED.**

Dated:    August 24, 2021
             New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**