

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DELLAPORTAS,

        Plaintiff,

  -against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

        Defendants.

21-CV-3432 (ALC) (BCM)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The Court having been advised that plaintiff has settled this action with defendant Equifax Information Services LLC (*see* Dkt. Nos. 33, 36), and a Clerk's Certificate of Default having been issued against the only remaining defendant, Trans Union LLC (Dkt. No. 39), the Initial Case Management Conference currently scheduled for September 1, 2021, is hereby ADJOURNED *sine die*.

Dated: New York, New York
       August 27, 2021

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**